```
 1  Karyn M. Taylor, Esq.
    Nevada Bar No. 6142
 2  S. Jordan Walsh, Esq.
    Nevada Bar No.13481
 3  LITTLER MENDELSON, P.C.
    200 South Virginia Street, 8th Floor
 4  Reno, Nevada 89501
    Telephone:    775.348.4888
 5  Fax No.:      775.786.0127
    kmtaylor@littler.com
 6  jjwalsh@littler.com

 7  Attorneys for Defendants
    UNIFI AVIATION L.L.C., FLORIDA TAUTOLO,
 8  AND STEVE OTTOSON
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETTE FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNIFI AVIATION L.L.C. and FLORIDA TAUTOLO and STEVE OTTOSON,<br><br>    Defendants. | Case No. 3:25-cv-00460-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT AND TO FILE OPPOSITION TO MOTION TO BYPASS ARBITRATION**<br><br>**(FIRST REQUEST)** |

Plaintiff BRIDGETTE FOSTER and Defendants UNIFI AVIATION L.L.C., FLORIDA TAUTOLO and STEVE OTTOSON (collectively "the Parties") hereby agree and stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint (ECF No. 1) from September 24, 2025, up to and including **October 10, 2025**.

The parties have also agreed that Defendants will file their opposition to the Motion to Bypass Arbitration (ECF No. 7) on **October 10, 2025**.

///

///

///

///

///

This requested extension is necessary because Defendants' counsel has an unusually congested calendar/deadline schedule during the month of September 2025. This is the first request to extend time in connection with a response to the Complaint and in connection with a response to the Motion to Bypass Arbitration. This request is made in good faith and not for the purpose of undue delay.

Dated: September 15, 2025

| LAW OFFICE OF TERRI KEYSER-COOPER | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Terri Keyser-Cooper* | */s/ Karyn M. Taylor* |
| Terri Keyser-Cooper, Esq. | Karyn M. Taylor, Esq. |
|  | S. Jordan Walsh, Esq. |
| Attorney for Plaintiff | |
| BRIDGETTE FOSTER | Attorneys for Defendants |
|  | UNIFI AVIATION L.L.C., FLORIDA TAUTOLO, AND STEVE OTTOSON |

**IT IS SO ORDERED.**

**Dated:** September 16, 2025

_____
**UNITED STATES DISRICT JUDGE**

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

4914-9593-9175 / 111197.1140