TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Bridgette Foster*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIDGETTE FOSTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIFI AVIATION L.L.C. and FLORIDA TAUTOLO and STEVE OTTOSON,<br><br>  Defendants.<br>_____/ | Case No. 3:25-cv-00460-MMS-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE HER REPLY TO OPPOSITION TO MOTION TO BYPASS ARBITRATION AND OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br>(First Request) |

Plaintiff BRIDGETTE FOSTER and Defendants UNIFI AVIATION L.L.C., FLORIDA TAUTOLO and STEVE OTTOSON (collectively "the Parties") hereby agree and stipulate to extend the time for Plaintiff to file her Reply to Defendants' Opposition to Motion to Bypass Arbitration (ECF No. 19) and her Opposition to Defendants' Motion to Compel Arbitration (ECF No. 20) both filed on October 10, 2025. The present deadline for filing the Reply to Defendants Opposition to Motion to Bypass Arbitration is October 17, 2025. The present deadline for filing the Opposition to Defendants' Motion to Compel is October 24, 2025.

The parties request that deadlines for **both** pleadings, the Reply to Motion to Bypass and the Opposition to Motion to Compel Arbitration be extended up to an including October 31, 2025. This requested extension is necessary because Plaintiff's counsel is unusually busy with deadline

1

schedules on several issues during the month of October 2025 and a trip out of the country in early November, 2025. This is the first request to extend time in connection with a Reply to Motion to Bypass and an Opposition to Motion to Compel. This request is made in good faith and not for the purpose of undue delay.

Dated: October 14, 2025

LAW OFFICE OF TERRI KEYSER-COOPER

/s/ Teri Keyser-Cooper
Terri Keyser-Cooper

Attorney for Plaintiff
BRIDGETTE FOSTER

LITTLER MENDELSON, P.C.

/s/ Karyn M. Taylor
Karyn M. Taylor, Esq.
S. Jordan Walsh, Esq.

Attorneys for Defendants
UNIFI AVIATION L.L.C., FLORIDA TAUTOLO, AND STEVE OTTOSON

**IT IS SO ORDERED.**

Dated: October 15, 2025

_____
**UNITED STATES DISTRICT JUDGE**

2