1 Karyn M. Taylor, Esq.
Nevada Bar No. 6142
2 S. Jordan Walsh, Esq.
Nevada Bar No.13481
3 LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
4 Reno, Nevada 89501
Telephone:    775.348.4888
5 Fax No.:        775.786.0127
kmtaylor@littler.com
6 jjwalsh@littler.com

7 Attorneys for Defendants
UNIFI AVIATION L.L.C., FLORIDA TAUTOLO,
8 AND STEVE OTTOSON

9                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
10

11 BRIDGETTE FOSTER,                          | Case No. 3:25-cv-00460-MMD-CLB

12                    Plaintiff,              | **ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION OT COMPEL ARBITRATION**

13            v.

14 UNIFI AVIATION L.L.C. and FLORIDA TAUTOLO and

15 STEVE OTTOSON,                              | **(First Request)**

16

17                    Defendants.

18

19        Defendants UNIFI AVIATION L.L.C., FLORIDA TAUTOLO and STEVE OTTOSON and

20 Plaintiff BRIDGETTE FOSTER (collectively "the Parties") hereby agree and stipulate to extend the

21 time for Defendants to file their Reply to Plaintiff's Opposition to Motion to Compel Arbitration

22 (ECF No. 23) filed on October 22, 2025. The present deadline for filing the Reply to Plaintiff's

23 Opposition to Defendants' Motion to Compel is October 29, 2025.

24        The parties request that deadline for Defendants to Reply to the Opposition to Defendant's

25 Motion to Compel Arbitration be extended up to an including Friday, November 7, 2025. This

26 requested extension is necessary because Defendants' counsel is unusually busy with deadline

27 schedules on several issues during the months of October and November 2025. Furthermore, this

28 requested extension is based on the filing schedule originally requested by Plaintiff, when she

1

1  requested an extension to file her Opposition to Plaintiff's Motion to Compel, on or about October

2  14, 2025. At that time, the Parties stipulated to extend Plaintiff's deadline to file her Opposition to

3  Defendants' Motion to Compel to October 31, 2025. This requested extension was granted by the

4  Court on October 15, 2025. Based on this schedule, Defendants' Reply deadline would have been

5  November 7, 2025.

6         This is the first request to extend time in connection with a Reply to Defendants' Motion to

7  Compel. This request is made in good faith and not for the purpose of undue delay.

8

9  Dated:  October 28, 2025

10  LAW OFFICE OF TERRI KEYSER-COOPER    LITTLER MENDELSON, P.C.

11

12  /s/ Terri Keyser-Cooper, Esq.                      /s/ S. Jordan Walsh, Esq.
    Terri Keyser-Cooper, Esq.                          Karyn M. Taylor, Esq.
                                                       S. Jordan Walsh, Esq.
13

14  Attorney for Plaintiff
    BRIDGETTE FOSTER                                   Attorneys for Defendants
                                                       UNIFI AVIATION L.L.C., FLORIDA
15                                                     TAUTOLO, AND STEVE OTTOSON

16

17                              **IT IS SO ORDERED.**

18

19                              **Dated:**  October 29, 2025

20

                                _____
21                              **UNITED STATES DISTRICT JUDGE**

22

23

24

25

26

27

28